UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PATRICK FROMER,<br>Plaintiff,<br>v.<br>COUNTY OF RIVERSIDE, et al.,<br>Defendants. | Case No. 5:24-cv-02047-KK (SHKx)<br>Hon. Kenly Kiya Kato<br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Upon consideration of the parties' joint stipulation to dismiss this entire action with prejudice and with GOOD CAUSE SHOWING, the court GRANTS the stipulation of the parties.

**IT IS HEREBY ORDERED:**

1. This entire action is dismissed with prejudice;
2. The parties will each bear their own attorney fees and costs of suit.

**IT IS SO ORDERED.**

DATED: June 11, 2025  _____

Hon. Kenly Kiya Kato

United States District Court Judge